**ANDREW F. DIXON, ESQ.**
Nevada Bar No. 8422
**BOWLER DIXON & TWITCHELL LLP**
3137 E. Warm Springs Rd., Suite 100
Las Vegas, NV 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
Email: andrew@bdtlawyers.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation,<br><br>  Plaintiff,<br><br>v.<br><br>AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINKSY, individually,<br><br>  Defendants. | Case No. 2:12-cv-00611-JAD-BNW<br><br>**MOTION TO REMOVE ANDREW F. DIXON, ESQ., OF BOWLER DIXON & TWITCHELL LLP FROM SERVICE LIST** |

COMES NOW, the law firm of BOWLER DIXON & TWITCHELL LLP, by and through ANDREW F. DIXON, ESQ., and moves this Honorable Court for an Order removing the firm, BOWLER DIXON & TWITCHELL LLP and attorney, ANDREW F. DIXON, ESQ., from the electronic service list of counsel to be noticed in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This request is made as BOWLER DIXON & TWITCHELL LLP and ANDREW F. DIXON, ESQ., no longer represent Plaintiff, MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation, and no longer have an interest in the outcome of this case.

DATED this 13th day of March, 2020.

**BOWLER DIXON & TWITCHELL LLP**

/s/ Andrew F. Dixon
**ANDREW F. DIXON, ESQ.**
Nevada Bar No. 8422
3137 E. Warm Springs Rd., Suite 100
Las Vegas, NV 89120
Telephone: (702) 436-4333
Facsimile: (702) 260-8983
Email: andrew@bdtlawyers.com

**IT IS SO ORDERED**

**DATED: March 16, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

# CERTIFICATE OF SERVICE

The undersigned is an employee of Bowler Dixon & Twitchell LLP and certifies that under Fed. R. Civ. P. 5, on March 13, 2020, I served a true and correct copy of the **MOTION TO REMOVE ANDREW F. DIXON, ESQ., OF BOWLER DIXON & TWITCHELL LLP FROM SERVICE LIST** by mailing a copy by United States Postal Service, postage prepaid, via email, or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address or email:

| | |
|---|---|
| Daniel R. McNutt, Esq. (VIA CM/ECF)<br>Matthew C. Wofle, Esq. (VIA CM/ECF)<br>MCNUTT LAW FIRM, P.C.<br>625 South Eighth Street<br>Las Vegas, Nevada 89101<br>drm@mcnuttlawfirm.com<br>mcw@mcnuttlawfirm.com<br>*Counsel for Plaintiff* | Ryan Gile, Esq. (VIA CM/ECF)<br>GILE LAW GROUP LTD.<br>1180 N. Town Center Drive, #100<br>Las Vegas, Nevada 89144<br>rg@gilelawgroup.com<br>*Counsel for Defendants* |
| Manuel "Manny" Herceg (VIA CM/ECF)<br>Jonathan G. Polak (VIA CM/ECF)<br>TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>mherceg@taftlaw.com<br>jpolak@taftlaw.com<br>*Counsel for Plaintiff* | AREP, INC. (VIA U.S. MAIL)<br>4079 N. Rancho Drive, Suite 170<br>Las Vegas, Nevada 89130<br>*Defendant*<br><br>David Dolinsky (VIA U.S. MAIL)<br>224 Star Diamond Court<br>Las Vegas, Nevada 89183<br>*Defendant* |

/s/ Celeste A. Guinn
An Employee of Bowler Dixon & Twitchell LLP