Ryan Gile, Esq.
Nevada Bar No. 8807
rg@gilelawgroup.com
**GILE LAW GROUP LTD.**
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Telephone: 702-703-7288

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation<br><br>Plaintiff,<br><br>v.<br><br>AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINSKY, individually<br><br>Defendants. | Case No. 2:12-cv-00611-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO (A) MOTION TO REOPEN CASE AGAINST AREP, INC. AND DAVID DOLINSKY AND ENFORCE CONSENT DECREE AND (B) MOTION TO ENFORCE CONSENT DECREE AND HOLD AREP AND DAVID DOLINSKY IN CONTEMPT**<br><br>**(First Request)**    ECF No. 28 |

Pursuant to Local Rule IA 6-1(a), Plaintiff MICHIGAN LICENSED BEVERAGE ASSOCIATION ("Plaintiff") and Defendants AREP, INC. and DAVID DOLINSKY ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a 25-day extension of time up to and including Tuesday, March 31, 2020, for Defendants to respond to Plaintiff's Motion to Reopen Case Against AREP, INC. and David Dolinsky and Enforce Consent Decree (ECF No. 23) and Plaintiff's Motion to Enforce Consent Decree and Hold AREP and David Dolinsky In Contempt (ECF No. 24) (together, the "Motions").

This is the first request for an extension of time for Defendants to respond to Plaintiff's Motions.

/ / /

/ / /

/ / /

GLG-30127                                                            1

| 1  | This case has been closed since 2012.  Back during that timeframe, Mr. Gile represented AREP, Inc. in this case as an attorney with the law firm of Weide & Miller, Ltd.  Even though Mr. Gile left Weide & Miller in 2018, his name and current email address nonetheless remained attached to the case as counsel of record.

Plaintiff's Motions were filed with the Court on February 19, 2020.  At the time the Motions were filed, Mr. Gile and his current law firm, Gile Law Group Ltd., had not been engaged by AREP or Mr. Dolinsky to provide any form of legal services much less represent them in this litigation.  Mr. Dolinsky was served with copies of Plaintiff's Motion on February 21, 2020. AREP and Mr. Dolinsky subsequently entered into an engagement agreement with Gile Law Group Ltd. to provide them with legal representation in this case.

Good cause for this request exists because Defendants' counsel, now having been formally engaged to represent both AREP and Mr. Dolinsky in this matter, requires additional time to discuss the allegations in the Motion and the relevant facts related thereto with Defendants. Defendants' counsel has also reached out to Plaintiff's counsel regarding possible settlement terms and conditions and the additional time will also give the parties the opportunity to explore if an early settlement is possible.  Counsel for Defendants, therefore, requested a 25-day extension to the present response deadline, to which counsel for Plaintiff graciously consented.  For these reasons, this stipulated request is made for good cause and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   The parties stipulate that Defendants were served with the Motions on Friday, February
2   21, 2020, and that Defendants' response to the Motions are presently due on or before March 6,
3   2020.  Through this Stipulation, Defendants will have up to and including March 31, 2020, to file
4   a response to Plaintiff's Motions.

   **IT IS SO AGREED AND STIPULATED.**

   **RESPECTFULLY SUBMITTED** this 2nd day of March, 2020.

   | MCNUTT LAW FIRM, P.C. | GILE LAW GROUP LTD. |
   |---|---|
   | By: /s/ Dan McNutt<br>Daniel R. McNutt, Esq., Bar No. 7815<br>Matthew C. Wolf, Esq., Bar No. 10801<br>625 South Eighth Street<br>Las Vegas, Nevada 89101 | By: /s/ Ryan Gile<br>Ryan Gile, Esq.<br>Nevada Bar No. 8807<br>1180 N. Town Center Drive, Suite 100<br>Las Vegas, NV  89144<br>Telephone: 702-703-7288<br>Email: rg@gilelawgroup.com |
   | **TAFT STETTINIUS & HOLLISTER LLP**<br>Manuel "Manny" Herceg, Esq.*<br>Jonathan G. Polak, Esq.*<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204<br>*Pro Hac Petitions Forthcoming | *Attorneys for Defendants* |
   | *Attorneys for Plaintiff* | |

   IT IS SO ORDERED:

   _____
   UNITED STATES District    JUDGE

   DATED:  3-17-2020

   GLG-30127                                    3