MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar. No 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702)384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

TAFT STETTINIUS & HOLLISTER LLP
Manuel "Manny" Herceg
Jonathan G. Polak
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Tel: (317) 713-3500 / Fax: (317) 713-3699
mherceg@taftlaw.com
jpolak@taftlaw.com
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINSKY, individually,<br><br>Defendants. | **Case No: 2:12-cv-00611-JAD-BNW**<br><br>STIPULATION AND ORDER ENLARGING TIME FOR **MICHIGAN LICENSED BEVERAGE ASSOCIATION TO REPLY TO DEFENDANTS' OPPOSITION**<br><br>ECF No. 36 |

1

27009394.1

# STIPULATION FOR FIRST ENLARGEMENT OF TIME FOR MICHIGAN LICENSED BEVERAGE ASSOCIATION TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE AND HOLD AREP AND DAVID DOLINSKY IN CONTEMPT

Michigan Licensed Beverage Association ("MLBA"), AREP, Inc., and David Dolinsky, by their respective counsel and under LR IA 6-1, LR IA 6-2 and LR 7-1, stipulate to a seven-day enlargement of time for MLBA to file its reply to the Defendants' Opposition to Plaintiff's Motion to Enforce Consent Decree and Hold AREP and David Dolinsky in Contempt ("Opposition").

1. MLBA's deadline to reply to Defendants' Opposition is April 7, 2020.
2. Due to circumstances beyond MLBA's control and the control of its counsel, MLBA requires additional time to reply to Defendants' Opposition.
3. This motion is not being made for the purpose of undue delay.

WHEREFORE, MLBA and the Defendants stipulate to an additional seven days for MLBA to reply to Defendants' Opposition, and for all other just and proper relief.

Respectfully submitted,

/s/ Dan McNutt
DANIEL R. MCNUTT (SBN 7815)
MCNUTT LAW FIRM, P.C.
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170
Fax.: (702) 384-5529
drm@mcnuttlawfirm.com


/s/ Manuel Herceg
Manuel "Manny" Herceg,
Jonathan G. Polak,
TAFT STETTINIUS & HOLLISTER LLP

2

27009394.1

| | |
|---|---|
| 1 | One Indiana Square, Suite 3500 |
| 2 | Indianapolis, Indiana 46204 |
|   | Tel: 317-713-3500 |
| 3 | Fax: 317-713-3699 |
|   | mherceg@taftlaw.com |
|   | jpolak@taftlaw.com |
| 4 | |
| 5 | /s/ Ryan Gile   (with permission) |
| 6 | Ryan Gile, Esq. (SBN 8807) |
|   | Gile Law Group Ltd. |
| 7 | 1180 N. Town Center Drive |
| 8 | Suite 100 Law Vegas, NV 89144 |
|   | rg@gilelawgroup.com |

27009394.1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHIGAN LICENSED BEVERAGE
ASSOCIATION, a Michigan corporation,

          Plaintiff,

v.

AREP, INC. d/b/a ACE BARTENDING
ACADEMY, a Nevada corporation;
and DAVID DOLINSKY, individually,

          Defendants.

Case No: 2:12-cv-00611-JAD-BNW

**ORDER GRANTING STIPULATION FOR FIRST ENLARGEMENT OF TIME
FOR MICHIGAN LICENSED BEVERAGE ASSOCIATION TO REPLY
TO DEFENDANTS' OPPOSITION PLAINTIFF'S MOTION TO ENFORCE
CONSENT DECREE AND HOLD AREP AND DAVID DOLINSKY IN CONTEMPT**

The Court, having considered stipulation for first enlargement of time for Michigan Licensed Beverage Association to reply to Defendants' Opposition Plaintiff's Motion to Enforce Consent Decree and Hold AREP and David Dolinsky in Contempt and the statements in support of that Motion, hereby FINDS that there is good cause for granting that Motion.

Accordingly, the Court GRANTS the motion and ORDERS that the deadline is enlarged to and including **April 14, 2020**.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 4-6-2020